UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYDELL BURGERS,<br><br>       Petitioner,<br><br>       v.<br><br>V.M. ALMAGER, WARDEN,<br><br>       Respondent. | CASE NO. CV 08-3225-JVS (PJW)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  3.18.09

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\BURGERS, M 3225\Judgment.wpd